UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

Black and White Stripes, LLC

    Debtor

CASE NO. 20-12439 (MG)
CHAPTER 11

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Charles N. Persing, CPA/CFF, CVA, CIRA, CFE
C/O Bederson LLP
347 Mount Pleasant Avenue
West Orange, NJ 07052
Telephone No.(973) 530-9181 Fax (862) 926-2481
Email: cpersing@bederson.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: October 16, 2020

William K. Harrington
United States Trustee for Region 2
U.S. Department of Justice
Office of the United States Trustee
201 Varick Street, Room 1006
New York, New York 10014

By: /s/ *Paul K. Schwartzberg*
    Paul K. Schwartzberg
    Trial Attorney