James J. Rufo, Esq.
Todd S. Cushner, Esq.
Cushner & Associates, P.C.
*Attorneys for Debtor and/or Debtor-in-Possession*
399 Knollwood Road Suite 205
White Plains, NY  10603
T: 914.600-5502 / F: 914.600-5544
todd@Cushnerlegal.com / jrufo@cushnerlegal.com

**PRESENTMENT DATE: NOVEMBER 2, 2020**
**PRESENTMENT TIME: 12:00 NOON**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE:                                                           CHAPTER 11

      BLACK AND WHITE STRIPES, LLC,                   CASE NO.  20-12439 (MG)

      DEBTOR
-----------------------------------------------------------X

**NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER APPROVING**
**RETENTION OF THE LAW OFFICES OF CUSHNER & ASSOCIATES, P.C. AS**
**ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

     **PLEASE TAKE NOTICE**, that upon the annexed motion (the "Motion") of Black and White Stripes, LLC, the above-captioned debtor and/or debtor-in-possession ("Debtor" and/or "Debtor-in-Possession"), by its attorneys, Cushner & Associates, P.C., Affidavit in Support and Proposed Order will be presented by the undersigned for approval and signature to the Honorable Martin Glenn, United States Bankruptcy Judge, at the United States Bankruptcy Courthouse, One Bowling Green, New York, NY 10004-1408 on **2nd day of November at 12:00 NOON**.

     **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon Cushner & Associates, P.C. attorneys for the Debtor, 399 Knollwood Road, Suite 205, White Plains, NY 10603 so as to be received no later than seven (7) days before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE**, that in the event that an objection is received,

the Court may hold a hearing with respect to the signature of this Order, and the undersigned will

inform any party filing an objection as to the date and time of the hearing.

Dated: White Plains, New York
      October 19, 2020

                Respectfully submitted,


                */s/ James J. Rufo*
                James J. Rufo, Esq.
                Todd S. Cushner, Esq.
                Cushner & Associates, P.C.
                *Attorneys for Debtor and/or*
                *Debtor-in-Possession*
                399 Knollwood Road, Suite 205
                White Plains, New York 10603
                (914) 600-5502 / (914) 600-5544
                todd@cushnerlegal.com
                jrufo@cushnerlegal.com