UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                              Case No. 20-12439 (MG)

    BLACK AND WHITE STRIPES, LLC,                     Chapter 11

          Debtor
-----------------------------------------------------------x
                                                  **LAR-DAN AFFIDAVIT**
                                                  **OF MAURO LA VILLA**

**STATE OF NEW YORK**      )
                                 ss
**COUNTY OF KINGS**       )

**MAURO LA VILLA**, being duly sworn, deposes and states as follows:

    I submit this Affidavit in connection with the Debtor's application to retain Cushner & Associates, PC. ("The Cushner Firm").

    I am a principal and managing member of the Debtor herein.

    I do not owe any money to the Debtor or the Debtor's other principals. The Debtor does not owe me any money. I do not owe any money to the Cushner Firm. I do not intent to file a claim with the Court for the funds paid to the Cushner Firm. I do not intent to bid on the Debtor's assets or provide or guarantee any exit financing or D-I-P financing to the Debtor. Lastly, I do not expect to receive any funds from the sale of the Debtor's assets or from any potential purchaser of the Debtor's assets.

    In relation to the affidavit of Todd S. Cushner, filed in support of the Chapter 11 Retention of The Cushner Firm, I have personally paid and guaranteed the fees of $8,500.00 and $1,717.00 for filing fees for a total sum of $10,217.00 paid in connection with this Chapter 11 case.

This shall confirm that The Cushner Firm has advised me and I acknowledge that, with regard to the matters which they are to be engaged in this Chapter 11 proceeding, to the extent that the interests of the Debtor on one hand diverge from my interests on the other hand, that The Cushner Firm shall each represent the Debtor only and not me.

I further acknowledge that The Cushner Firm owes a duty of undivided loyalty to the Debtor only. I have been advised by The Cushner Firm that if a conflict of interest should arise, that they will notify both the Court and me, and that in such circumstance I should consult with independent legal counsel in connection with this matter. The Cushner Firm has advised me that they will not represent me with respect to any potential claims that I may have against the Debtor, and that I may wish to seek the advice of separate counsel with respect to same.

Dated: 10-19-20, New York

Mauro La Villa

Sworn to before me this
19 day Of October 2020

MOSES GANTZ
Notary Public, State of New York
No. 01GA6320998
Qualified in Kings County
Commission Expires March 16, 2023

2